IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAUN JABBAR GUIDRY,

    Plaintiff,

v.                              CASE NO. 4:15cv23-RH/CAS

JAMES B. COMEY, DIRECTOR,
FEDERAL BUREAU OF
INVESTIGATION,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case arises under the Freedom of Information Act. The defendant moved to dismiss for improper venue or alternatively to transfer under 28 U.S.C. § 1406(a). The defendant also moved for summary judgment on the merits. And the plaintiff filed his own motion for summary judgment on the merits.

The motions are before the court on the magistrate judge's report and recommendation, ECF No. 46, the plaintiff's objections, ECF No. 48, and the defendant's response to the objections, ECF No. 49. I have reviewed *de novo* the issues raised by the objections.

Without determining whether venue is appropriate, the report and recommendation addresses the merits, concluding that summary judgment should be entered for the defendant. The plaintiff's objections take issue with the merits analysis. The defendant's response to the objections asserts that the report and recommendation should be accepted. The defendant thus has acquiesced in the determination of the merits in this district, waiving any venue objection. The venue objection probably would not be sustained in any event. With the case now ready for a final judgment in this district, a transfer under 28 U.S.C. § 1406 would not promote the interest of justice.

For these reasons and those set out in the report and recommendation,

IT IS ORDERED:

1.  The report and recommendation is accepted and adopted as the court's further opinion.

2.  The defendant's motion to dismiss, ECF No. 29, is denied.

3.  The defendant's summary-judgment motion, ECF No. 30, is granted.

4.  The plaintiff's summary-judgment motion, ECF No. 40, is denied.

5.  The clerk must enter judgment stating, "This action was resolved on a motion for summary judgment. It is ordered that the plaintiff Dwaun Jabbar Guidry recover nothing on his claims against the defendant Director of the Federal Bureau of Investigation. The claims are dismissed on the merits."

6.  The clerk must close the file.

SO ORDERED on March 16, 2016.

                                           s/Robert L. Hinkle
                                           United States District Judge